**United States Bankruptcy Court**
**District of Minnesota**

| | |
|---|---|
| **IN RE:** | Case No. _____ |
| **Schaffler, Brent John & Schaffler, Ashley Lynn** | Chapter **13** _____ |
| Debtor(s) | |

# MODIFIED CHAPTER 13 PLAN
Dated: **August 11, 2015** .

**1. PAYMENTS BY DEBTOR TO TRUSTEE** –
a. As of the date of this plan, the debtor has paid the trustee $ **18,407.00** .
b. After the date of this plan, the debtor will pay the trustee $ **850.00** per **month** for **32** months, beginning August 2015 for a total of $ **27,200.00**. The minimum plan length is **[ ]** 36 or **[X]** 60 months from the date of the initial plan payment unless all allowed claims are paid in a shorter time.
c. The debtor will also pay the trustee: **n/a**
d. The debtor will pay the trustee a total of $ **45,607.00** [line 1(a) + line 1(b) + line 1(c)].

**2. PAYMENTS BY TRUSTEE** – The trustee will pay from available funds only creditors for which proofs of claim have been filed. The trustee may collect a fee of up to 10% of plan payments, or $ **4,560.70** , [line 1(d) x .10].

**3. ADEQUATE PROTECTION PAYMENTS [§ 1326(a)(1)(C)]** – The trustee will promptly pay from available funds adequate protection payments to creditors holding allowed claims secured by personal property, according to the following schedule, beginning in month one (1).

| Creditor | Monthly Payment | Number of Months | TOTAL PAYMENTS |
|---|---|---|---|
| **Bank Of The West** | 50.00 | 6 | 300.00 |
| TOTAL | | | **PAID** |

**4. EXECUTORY CONTRACTS AND UNEXPIRED LEASES [§ 365]** – The debtor assumes the following executory contracts or unexpired leases. Cure provisions, if any, are set forth in ¶ 7.

| Creditor | Description of Property |
|---|---|
| **Verizon Wireless** | **2 year Cell Phone Contract** |
| **VW Credit** | **Vehicle Lease** |

**5. CLAIMS NOT IN DEFAULT** – Payments on the following claims are current and the debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any.

| Creditor | Description of Claim |
|---|---|
| **None** | |

**6. HOME MORTGAGES IN DEFAULT [§ 1322(b)(5) and § 1322(e)]** – The trustee will cure defaults on the following claims secured only by a security interest in real property that is the debtor's principal residence. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens. All following entries are estimates. The trustee will pay the actual amounts of default.

| Creditor | Amount of Default | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| **None** | | | | | |
| TOTAL | | | | | **0.00** |

**7. CLAIMS IN DEFAULT [§ 1322 (b)(3) and (5) and § 1322(e)]** – The trustee will cure defaults on the following claims as set forth below. The debtor will pay the payments that come due after the date the petition was filed directly to the creditors. The creditors will retain liens, if any. All following entries are estimates, except for interest rate.

| Creditor | Amount of Default | Int. rate (if any) | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| **None** | | | | | | |
| TOTAL | | | | | | **0.00** |

**8. OTHER SECURED CLAIMS; SECURED CLAIM AMOUNT IN PLAN CONTROLS [§ 1325(a)(5)]** – The trustee will pay, on account of the following allowed secured claims, the amount set forth in the "Total Payments" column, below. The creditors will retain liens securing the allowed secured claims until the earlier of the payment of the underlying debt determined under nonbankruptcy law, or the date of the debtor's discharge. NOTWITHSTANDING A CREDITOR'S PROOF OF CLAIM FILED BEFORE OR AFTER CONFIRMATION, THE AMOUNT LISTED IN THIS PARAGRAPH AS A CREDITOR'S SECURED CLAIM BINDS THE CREDITOR PURSUANT TO 11 U.S.C. § 1327, AND CONFIRMATION OF THE PLAN IS A DETERMINATION OF THE CREDITOR'S ALLOWED SECURED CLAIM.

| Creditor | Claim Amount | Secured Claim | Int. Rate | Beginning in Month # | Monthly Payment | Number of Payments | Payments on Account of Claim | Adequate Protection from ¶ 3 | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|---|---|---|
| Bank Of The West *paid $13,811.34 | 26,955.00 | 26,655.00 | 4.00 | 7 | 540.19 | 54 | 29,170.16 | 300.00 | 29,470.16 |
| TOTAL | | | | | | | | | 29,470.16 |

**9. PRIORITY CLAIMS** – The trustee will pay in full all claims entitled to priority under § 507, including the following. _The amounts listed are estimates_. The trustee will pay the amounts actually allowed.

| Creditor | Estimate Claim | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|
| Heller & Thyen, P.A. | 3,000.00 500.00 | 500.00 | 1 | 6 | PAID 500.00 |
| IRS | 1.00 | 1.00 | 1 | 1 | 1.00 |
| MN Department Of Revenue, Collection Div | 1.00 | 1.00 | 1 | 1 | 1.00 |
| TOTAL | | | | | 3,502.00 |

**10. SEPARATE CLASSES OF UNSECURED CREDITORS** – In addition to the class of unsecured creditors specified in ¶ 11, there shall be separate classes of non-priority unsecured creditors described as follows:
The trustee will pay the allowed claims of the following creditors. _All entries below are estimates_.

| Creditor | Int. Rate (if any) | Claim Amount | Monthly Payment | Beginning in Month # | Number of Payments | TOTAL PAYMENTS |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL | | | | | | 0.00 |

**11. TIMELY FILED UNSECURED CREDITORS** – The trustee will pay holders of nonpriority unsecured claims for which proofs of claim were timely filed the balance of all payments received by the trustee and not paid under ¶ 2, 3, 6, 7, 8, 9 and 10 their pro rata share of approximately $ **8,074.14** [line 1(d) minus lines 2, 6(d), 7(d), 8(d), 9(f), and 10(c)].
a. The debtor estimates that the total unsecured claims held by creditors listed in ¶ 8 are $ **47,555.00**.
b. The debtor estimates that the debtor's total unsecured claims (excluding those in ¶ 8 and ¶ 10) are $ **103,651.00**.
c. Total estimated unsecured claims are $ **151,206.00** [line 11(a) + line 11(b)].

**12. TARDILY-FILED UNSECURED CREDITORS** – All money paid by the debtor to the trustee under ¶ 1, but not distributed by the trustee under ¶ 2, 3, 6, 7, 8, 9, 10, or 11 will be paid to holders of nonpriority unsecured claims for which proofs of claim were tardily filed.

**13. OTHER PROVISIONS** – The trustee may distribute additional sums not expressly provided for herein at the trustee's discretion.

The debtor(s) shall provide the trustee with copies of his state and federal tax returns annually. They shall be entitled to retain $2,000 of the combined net state and federal tax refunds (excluding any earned income credit), and the balance shall be paid to the trustee as an additional plan payment.

The debtor(s) will file as and when due any and all post-petition federal tax returns of any kind; and will timely pay as and when due, any and all post-petition federal tax liabilities of any kind. Debtor(s) failure to file as and when due any and all post-petition federal tax returns of any kind; or failure to timely pay as and when due any and all post-petition federal tax liabilities of any kind, will constitute grounds for dismissal.

Pursuant to 11 U.S.C. Section 1305, a proof of claim may be filed by any entity that holds a claim against the debtor(s) for taxes that become payable to a governmental unit while the case is pending. The trustee shall only

pay 11 U.S.C. Section 1305 claims attributable to the taxable year in which the case concerning such debtor(s) was filed, and only to the extent funds are available.

As to the claims dealt with in paragraphs 5, 6, 7, and 8, in the event of the surrender, foreclosure, repossession, or return of the collateral to the creditor for any reason, the balance of the claim, if any, will be paid as an unsecured claim, discharged by the discharge granted pursuant to 11 USC 1328.

The debtor(s) shall not oppose any creditor claiming a purchase money security interest in and to household furnishings, from availing itself of its legal remedies under the Bankruptcy Code, namely, the submission of an application for relief from stay under 11 U.S.C. Sec. 362. Upon appropriate court order regarding relief from the automatic stay provisions of 11 U.S.C. Sec. 362, the debtor(s) shall not oppose a creditor from availing itself of any applicable state law remedies it believes are available for purposes of reclaiming the household furnishings. Upon appropriate order from the Sherburne County Court, the debtor shall surrender the household furnishings to a creditor in compliance with such Sherburne County Court Order, if any.

In the event of that any secured creditor is granted stay relief and or the surrender, repossession, or return of the collateral to the creditor for any reason, the balance of the claim, if any, will be paid as an unsecured non-priority claim in accordance with non-bankruptcy law, dischargeable upon completion of this Chapter 13 plan.

The debtor(s) shall surrender their homestead located at 2449 42nd Avenue S St. Cloud, MN to Bank of America Home Loans, the first and second mortgagees, in full satisfaction of their allowed secured claims. Any deficiency claim filed by Bank of America Home Loans (2nd Mortgagee) shall be paid by the trustee as a non-priority unsecured claim.

**14. SUMMARY OF PAYMENTS** –

| | |
|---|---:|
| Trustee's Fee [Line2) | $ **4,560.70** |
| Home Mortgage Defaults [Line 6(d)] | $ **0.00** |
| Claims in Default [Line 8(d)] | $ **0.00** |
| Other Secured Claims [Line 8(d)] | $ **29,470.16** |
| Priority Claims [Line 9(f)] | $ **3,502.00** |
| Separate Classes [Line 10(c)] | $ **0.00** |
| Unsecured Creditors [Line 11] | $ **8,074.14** |
| TOTAL [must equal Line 1(d)] | $ **45,607.00** |

**Robert S Thyen 032288x**
**Heller & Thyen, P.A.**
**606 25th Ave S #110**
**St. Cloud, MN  56301-4810**

Signed: /s/ Brent John Schaffler
                               DEBTOR
Signed: /s/ Ashley Lynn Schaffler
                               DEBTOR (if joint case)

**United States Bankruptcy Court**
**District of Minnesota**

IN RE:                                                                                    **SIGNATURE DECLARATION**

Schaffler, Brent John & Schaffler, Ashley Lynn                          Case No. 13-41226
                    Debtor(s)

☐ PETITION, SCHEDULES & STATEMENTS
☐ CHAPTER 13 PLAN
☐ SCHEDULES AND STATEMENTS ACCOMPANYING VERIFIED CONVERSION
☒ AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
☒ MODIFIED CHAPTER 13 PLAN
☒ OTHER (Please describe: ) Verification of Motion to Modify

I [We], the undersigned debtor(s) or authorized representative of the debtor, **make the following declarations under penalty of perjury:**

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;
- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;
- [**individual debtors only**] If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;
- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and
- [**corporate and partnership debtors only**] I have been authorized to file this petition on behalf of the debtor.

Date: 8-11-15

X _____                    X _____
Signature of Debtor or Authorized Representative     Signature of Joint Debtor

Schaffler, Brent John                                Schaffler, Ashley Lynn
Printed Name of Debtor or Authorized Representative  Printed Name of Joint Debtor

Heller & Thyen PA
Robert S. Thyen
606 25th Avenue South Ste. 110
St. Cloud, MN  56301

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  Brent Schaffler<br>Ashley Schaffler | CASE NO: 13-41226<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 13<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 8/11/2015, I did cause a copy of the following documents, described below,

Amended Service Letter,

Notice of Hearing and Motion to Confirm Modified Plan

Post Modified Plan

Amended Schedule I and J

Signature Declaration

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 8/11/2015

/s/ Robert S. Thyen
Robert S. Thyen
Heller & Thyen PA
606 25th Avenue South Ste. 110
St. Cloud, MN  56301
320 654 8000
jessica@hellerthyen.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  Brent Schaffler<br>Ashley Schaffler | CASE NO: 13-41226<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 13<br>ECF Docket Reference No.<br>Judge:<br>Hearing Location:<br>Hearing Date:<br>Hearing Time:<br>Response Date: |

On 8/11/2015, a copy of the following documents, described below,

Amended Service Letter,

Notice of Hearing and Motion to Confirm Modified Plan

Post Modified Plan

Amended Schedule I and J

Signature Declaration

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/11/2015

/s/ Jay S. Jump
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Heller & Thyen PA
Robert S. Thyen
606 25th Avenue South Ste. 110
St. Cloud, MN  56301

```
PARTIES DESIGNATED AS "**NOT SERVED" WERE NOT SERVED FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM
```

*CASE INFO*

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>0864-4<br>CASE 13-41226<br>DISTRICT OF MINNESOTA<br>MINNEAPOLIS<br>TUE AUG 11 09-27-39 CDT 2015 | BANK OF AMERICA N.A. ET AL CO PROBER<br>& RAP<br>20750 VENTRA BLVD SUITE 100<br>WOODLAND HILLS CA 91364-6207 | ECMC<br>PO BOX 16408<br>ST. PAUL MN 55116-0408 |
| GREEN TREE SERVICING LLC<br>CO MICHAEL V. SCHLEISMAN<br>55 EAST 5TH STREET<br>SUITE 800<br>ST. PAUL MN 55101-1718 | ECAST SETTLEMENT CORPORATION<br>POB 29262<br>NEW YORK NY 10087-9262 | *EXCLUDE*<br>~~MINNEAPOLIS~~<br>~~301 U.S. COURTHOUSE~~<br>~~300 SOUTH FOURTH STREET~~<br>~~MINNEAPOLIS MN 55415-1320~~ |
| ACSSLFC EDUCATION LOA<br>PO BOX 9500<br>WILKES BARRE PA 18773-9500 | ACSUS BANK<br>501 BLEECKER ST<br>UTICA NY 13501-2401 | AESNCT<br>1200 N 7TH ST<br>HARRISBURG PA 17102-1419 |
| AMEX<br>PO BOX 297871<br>FORT LAUDERDALE FL 33329-7871 | AMERICAN EXPRESS BANK FSB<br>CO BECKET AND LEE LLP<br>POB 3001<br>MALVERN PA 19355-0701 | BANK OF AMERICA HOME LOANS<br>PO BOX 5170<br>SIMI VALLEY CA 93062-5170 |
| BANK OF THE WEST<br>1450 TREAT BLVD<br>WALNUT CREEK CA 94597-7579 | BANK OF THE WEST<br>2527 CAMINO RAMON<br>SAN RAMON CA 94583-4213 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| CAP1BSTBY<br>26525 N RIVERWOODS BLVD<br>METTAWA IL 60045-3440 | CITI<br>POB 6241<br>SIOUX FALLS SD 57117-6241 | CAPITAL ONE N.A.<br>CO BASS & ASSOCIATES P.C.<br>3936 E. FT. LOWELL ROAD SUITE #200<br>TUCSON AZ 85712-1083 |
| FIRSTMARK<br>PO BOX 82522<br>LINCOLN NE 68501-2522 | GLELSIUS BANK<br>2401 INTERNATIONAL<br>MADISON WI 53704-3121 | GREEN TREE SERVICING LLC<br>P.O. BOX 0049<br>PALATINE IL 60055-0049 |
| GREENTREE SERVICING LLC<br>BANKRUPTCY DEPARTMENT<br>P O BOX 6154<br>RAPID CITY SD 57709-6154 | HSBC BANK<br>PO BOX 5253<br>CAROL STREAM IL 60197-5253 | IRS<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | MINNESOTA OFFICE OF HIGHER EDUCATION<br>CO FIRSTMARK SERVICES<br>PO BOX 8522<br>LINCOLN NE 68501-2522 | MN DEPARTMENT OF REVENUE COLLECTION<br>DIV<br>BANKRUPTCY SECTION<br>PO BOX 64447<br>SAINT PAUL MN 55164-0447 |

PARTIES DESIGNATED AS "**NEFT" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
MN OFFICE OF HIGHER EDUCATION      NATIONAL COLLEGIATE TRUST       OAK HARBOR CAPITAL VII LLC
CO FIRSTMARK SERVICES              PO BOX 4941                      C O WEINSTEIN AND RILEY PS
PO BOX 82522                       TRENTON NJ 08650-4941            2001 WESTERN AVENUE STE 400
LINCOLN NE 68501-2522                                               SEATTLE WA 98121-3132


PORTFOLIO RECOVERY ASSOCIATES LLC  TARGET N.B.                      TD BANK USA N.A.
PO BOX 41067                       PO BOX 673                       C O WEINSTEIN AND RILEY PS
NORFOLK VA 23541-1067              MINNEAPOLIS MN 55440-0673        2001 WESTERN AVENUE STE 400
                                                                    SEATTLE WA 98121-3132


TNB - TARGET                       THE BANK OF NEW YORK MELLON ET AL  U.S. BANK
CO TARGET CREDIT SERVICES          PROBER & RAPHAEL                   CO XEROX EDUCATION SERVICES LLC DBA
MINNEAPOLIS MN 55440               ATTORNEYS FOR SECURED CREDITOR     ACS EDUCATION SERVICES
                                   P.O. BOX 4365                      501 BLEECKER ST.
                                   WOODLAND HILLS CA 91365-4365       UTICA NY 13501-2401


US BANKNA ND                       US BANK NATIONAL ASSOCIATION     US TRUSTEE
CB DISPUTES                        CLAIMS FILING UNIT               1015 US COURTHOUSE
SAINT LOUIS MO 63166               PO BOX 8973                      300 S 4TH ST
                                   MADISON WI 53708-8973            MINNEAPOLIS MN 55415-3070


USBANKGLHEC                        VERIZON WIRELESS                 VOLKSWAGEN CREDIT UNION
2401 INTERNATIONAL                 PO BOX 25505                     1401 FRANKLIN BLVD
MADISON WI 53704-3121              LEHIGH VALLEY PA 18002-5505      LIBERTYVILLE IL 60048-4460


VW CREDIT INC.                     WELLS FARGOSLFC                  ECAST SETTLEMENT CORPORATION
9441 LBJ FREEWAYSUITE 350          CO XEROX EDUCATION SERVICES LLC DBA  CO BASS & ASSOCIATES P.C.
DALLASTEXAS 75243-4652             ACS EDUCATION SERVICES           3936 E FT. LOWELL SUITE 200
                                   501 BLEECKER ST.                 TUCSON AZ 85712-1083
                                   UTICA NY 13501-2401


                                              DEBTOR
ASHLEY LYNN SCHAFFLER              BRENT JOHN SCHAFFLER             KYLE CARLSON
502 3RD ST N                       502 3RD ST N                     PO BOX 519
SARTELL MN 56377-1745              SARTELL MN 56377-1745            BARNESVILLE MN 56514-0519




ROBERT S. THYEN
HELLER & THYEN P.A.
606 25TH AVE SOUTH
SUITE 110
ST. CLOUD MN 56301-4810
```